# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 2,083.—STATE ex rel. JAMES DONOVAN, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF MONTANA IN AND FOR LEWIS AND CLARKE COUNTY, RESPONDENT.

Original—*Certiorari* and *mandamus.*

Decided June 24, 1904.

PER CURIAM.—The relator's application for a writ of review and mandate is hereby denied and proceeding dismissed.

*Mr. James Donovan, Attorney General, pro se.*